VIRGINIA VERCRUYSSE, as Administratrix, etc., of FREDERIC LOUIS VERCRUYSSE, Deceased, Respondent, Appellant, v. METROPOLITAN LIFE INSURANCE COMPANY, Appellant, Respondent.— Judgment unanimously modified by reducing the amount of interest included therein to interest upon the sum recovered from March 26,

1936, to the date the judgment was entered, and as so modified affirmed, without costs. Order amending and correcting the judgment entered in favor of plaintiff by striking out the item of taxable costs reversed, without costs, and motion denied. No opinion. Settle order on notice. Present — Martin, P. J., Townley, Glennon, Dore and Cohn, JJ.